DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**AMOS BIEN-AIME,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2226

[October 17, 2019]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jeffrey Colbath, Judge; L.T. Case No. 502013CF009105AXXXMB.

Amos Bien-Aime, Perry, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, TAYLOR and FORST, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***